[If you need additional space for ANY section, please attach an additional sheet and reference that section.]


RECEIVED CL
2/22/2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Keith Dewitt Davis #46841-424

_____

And All others Similar Situated

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Warden Russell Heisner
Asst. warden Programs D. Blakney
Asst. warden operations J.A. Dunn
officer R. Greer
Counselor Henderson
Counselor J. Russell

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.") All Individually And official Capacities

Case No: 1:21-cv-00995
(To be supplied by the Clerk of this Court)

Presiding Judge Manish S. Shah
Magistrate Judge Sheila M. Finnegan
PC9

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

X **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.   **Plaintiff(s):**

   A.   Name: Keith Dewitt Davis

   B.   List all aliases: No Recollection at this time

   C.   Prisoner identification number: 46841-424

   D.   Place of present confinement: MCC - CHicago

   E.   Address: 71 W. Van Buren St., Chicago IL. 60605

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.   Defendant: Russell Heisner

   Title: Warden

   Place of Employment: MCC - CHicago

   B.   Defendant: ~~Asst~~ D. Blakney

   Title: Asst. warden of Programs

   Place of Employment: MCC - CHicago

   C.   Defendant: J.A. Dunn

   Title: Asst. warden of Operations

   Place of Employment: MCC - Chicago

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                      Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Continue Page 2 Defendants

D. Defendant : R. Greer
Title : officer
Place of Employment : MCC- Chicago

E. Defendant : Henderson
Title : Counselor
Place of Employment : MCC-Chicago

F. Defendant : J. Russell
Title : Counselor
Place of Employment : MCC-Chicago

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: ___N/A___

B.   Approximate date of filing lawsuit: ___N/A___

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: ___N/A___

D.   List all defendants: ___N/A___

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ___N/A___

F.   Name of judge to whom case was assigned: ___N/A___

G.   Basic claim made: ___N/A___

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ___N/A___

I.   Approximate date of disposition: ___N/A___

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On 12-7-2020 Approx. time 12PM, officer R. Greer, Came into the Computer Room And grabbed a Crutch From A Handicapped Inmate Abruptly without Notice And Assaulted Me Injuring My Testicles. ("Other Inmates witnessed Plus their Cameras")

2. Approx. 12:15PM, Same day while sitting officer R. Greer, Again Came to My Location to CHoke Me with Threats of Crushing My wind-Pipe. ("Other Inmates witnessed Plus their Cameras")

3. On 12-9-2020 Approx. time 10am, Suffering Fear of Retaliation; But However, did not want to Be Assaulted Again And Repeatedly I'd Spoke with Lt. Bright, And Reported the Assaults.

4. Lt. Bright, Made Copies of My BP-Grievance And Reported My Concerns to the SIS-Lt.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Svoboda, to Investigate the Assaults.

5. SIS Lt. Svoboda, Placed me into the Special Housing unit for A Threat Assessment.

6. The Health Service Dept. Saw Me for My Injuries And Pain to My Mouth, Neck, Throat And Jaws; while Mental Health Saw Me for I.I.E.D./P.T.S.D. and Having Nightmares of officers Killing Me. ("Multiple visits Plus Dental")

7. on 12-9-2020, while in the Special Housing unit I gave Counselor Henderson, the BP-8 grievance to file. ("Counselor Henderson is known Not to file grievances to Disrupt the Administrative Remedy Process to Deny Redress under the P.R.L.A.") ("He is A defendant in Perry, et.al. vs. Heisner, et.al. 20 CV 7502, for Tampering with the grievance Process")

8. on 12-29-2020, No Response was Received to My BP-8 within the 20 Calendar Days Per the Inmate Admission & Orientation HandBook Page 39 And

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Continue Page 4 Statement of Claim:

Program Statement 1330.18, Administrative Remedy Program; So A BP-9 grievance was filed with Counselor J. Russell, with A Copy of the BP-8 grievance given to Counselor Henderson.

9. BP-9 was Rejected ("1062731-R1") Stating BP-8 was Not Attached to it even though A Copy of the BP-8 was Attached to it. ("This is what is Happening to All Inmates on A Larger Scale with Paper filing of grievances with No Transparency to Manipulate the P.R.L.A. Process of Completing / Not Completing the Administrative Remedy Process to deny Redress And Access to the Courts") ("The BP-10 And BP-11 will Be ReJected Also") ("Electronic filings will Provide Transparency")

10. BP-10 with Copy of BP-9 And BP-8 was Received at the North Central Regional office on January 25, 2021 with An Extension of time for Response of March 26, 2021; even though it will Be ReJected Because of Counselor Henderson, Not Returning the Paper filing of the BP-8 Accordingly to BOP Program Statement 1330.18, for the Administrative Remedy Program And Page 39 of the A & O HandBook. A Completed BP-11 will Be Mailed 03-27-2021, to Complete the Process None-the-less.

continue Page 4 Statement of Claim:

11. The first week of February 2021, An Application to Proceed without Prepaying Fees or costs/Financial Affidavit (Prisoner cases); was given to Counselor Henderson, to complete the filing of this complaint. However, it was never Returned And learned from other Inmates this Has Happened to them Also giving their Applications to Counselor Henderson, to deny Access to the Court. ("Plaintiff Keith Dewitt Davis, Needs Assistance from this Court to complete His Complaint.")

12. On Speculation And Belief, officer R. Greer, Has been Re-Assigned to work Away from the Inmate Population.

13. This Complaint was Prepared with the Help of Another Inmate.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

wherefore, Plaintiff Keith Dewitt Davis, asks this Court to enter Judgment in His favor, Award damages to be Proven at trial, to Award Costs, and to grant such further Relief as the Court deems Just And Appropriate. ("Any Protective orders")

**VI.    The plaintiff demands that the case be tried by a jury.**  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___16th___ day of ___February___, 20 __21__

X _Keith Davis_____
(Signature of plaintiff or plaintiffs)

X _Keith Davis_____
(Print name)

_46841-424_____
(I.D. Number)
_Metropolitan Correctional Center_
_71 west van Buren Street_
_CHicago, IL. 60605_
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PS 1330.18
January 6, 2014
Administrative Remedy Program

## INFORMAL RESOLUTION FORM

NOTICE TO INMATE: Bureau of Prisons Program Statement 13330.18 requires that except as required in 542.13(b) an inmate shall first present an issue of concern informally to staff and staff shall informally attempt to resolve the issue prior to submitting a Request for Administrative Remedy (BP-9).
*****************************************************************************
*****************************************************************************
INSTRUCTIONS: Counselors will complete and attach this form to each Request for Administrative Remedy Form (BP-9) submitted, if not informally resolved.

Keith Davis                 4e841424         21-9              Keith Davis
Inmate Name                 Register No.      Qtrs./Unit        Inmate Signature

1.      Specific complaint (one 8 ½" x 11" continuation page may be attached):
12-7-2020 ofr. B. Greer came into the camputer room at roughly 12 neon grabbed a crutch from a handicapped inmate then rammed it between my legs nearly hitting my testicles in a joking manner. Then at 12:15 I was sitting in section 3 right b; the stairs and he acted as if he was going to go down the stairs then turned around and used his left hand to choke me!

2.      What efforts have been made by the inmate to resolve the complaint informally? To whom has the inmate spoken?
BP-8, counselor henderson

3.      What action does the inmate wish to be taken to correct the issue?
financially compesated, to stop being assualted by MCC officers

Correctional Counselor's Comments (including actual steps taken to resolve):
_____
_____
_____
_____
_____

_____      _____        Staff Circle One:
Correctional Counselor   Date                  Informally Resolved        Not Informally Resolved

Unit Manager's Review

_____      _____
Unit Manager             Date

Distribution by Correctional Counselor:
1. If complaint is informally resolved, maintain original on file in the unit.
2. If complaint is not informally resolved, attach original to BP-9 Form and forward to Administrative Remedy Clerk for processing.

|  | Inf. Resolution Form Issued to Inmate | Inf. Resolution Form Returned to Counselor | BP-9 Issued to Inmate | BP-9 Returned to Counselor | BP-9 Delivered to Admin Remedy Clerk |
|---|---|---|---|---|---|
| Date: | 12-7-20 | | | | |
| Time: | | | | | |
| Counselor Initials | | | | | |

MCC CHICAGO

12-7-2020 officer R. Greer came into the computer room at roughly 12 noon, grabbed a crutch from a handicapped inmate then rammed it between my legs nearly crushing my testicles in a joking manner. Then at 12:15 I was sitting in a chair located in section 3 by the stairs and he walked by as if he was about to go down the stairs but paused at the plexiglass door then turned around and used his left hand to choke me! He said, "I should crush your windpipe right Now!". Both situations had witnesses and are willing to agree on what happened!

Keith Davis   46841424

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: JANUARY 28, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : KEITH DEWITT DAVIS, 46841-424
      CHICAGO MCC    UNT: JAIL UNSEN    QTR: I04-011L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      : 1062731-R1
DATE RECEIVED  : JANUARY 25, 2021
RESPONSE DUE   : MARCH 26, 2021
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      :

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Davis   Keith   D__    __46841 424__    __Jhu__    __Mcc Chicago__
          LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**   1062731 - R1

On 12-7-2020 officer Greer came into the computer room at roughly 12 noon, grabbed a crutch from a handicapped inmate then rammed it between my legs in a joking manner nearly crushing my testicles. Then at roughly 12:15 I was sitting in a chair located in section 3 by the stairs and he walked by as if he was about to go down the stairs but paused at the plexiglass door then turned around and used his left hand to choke me. While choking me he said, "I should crush your windpipe right now!". Both situations had witnesses around and they are willing to agree on what happened. Relief: Financially Compensated And to Stop Being Assualted By MCC officers

__March 27, 2021__                    __Keith Davis__
      DATE                             SIGNATURE OF REQUESTER

**Part B - RESPONSE**

 

_____           _____
       DATE                            GENERAL COUNSEL

FIRST COPY: WASHINGTON FILE COPY          CASE NUMBER: _____

**Part C - RECEIPT**

                                        CASE NUMBER: _____

Return to: _____   _____   _____   _____
          LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION
SUBJECT: _____

_____           _____
       DATE           SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                                               BP-231(13)
                                                    JUNE 2002

Keith Davis 46841404
Metropolitan Correctional center
71 w. Van Buren st
Chicago, IL 60605

Legal Mail

United States district court
219 s. Dearborn st
chicago, IL 60604

02/22/2021-47

2021 FEB 22 AM 8:52



