Case No. 21C995

It's been at least a month since I replied to the defendant's reply in support of motion to dismiss and still haven't recieved any update's on anything! I'm just trying to stay aware of what's going on because I have to attorney to help me or to keep me posted on what's going on. I'm willing to settle this case for one million dollars after all court fee's, any other fee's or debt's I have are paid for. If not then I'm willing to let this civil suit go to trial. Once again, I'm willing to settle this case for all court fee's, any other fee's or debt's I have are paid and a check for one million dollar's!

March 1, 2022 tuesday
Keith Davis 46841424



FILED
MAR 08 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Keith Davis 46841424
United States Penitentiary Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

PITTSBURGH PA 150
2 MAR 2022 PM 8 L

RECEIVED
2022 MAR -8 AM 9:36

03/08/2022-28

Legal Mail

Prisoner's correspondence
219 S. Dearborn St
Chicago, IL 60604

60604-170299